[No. 9673-7-I.  Division One.  May 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES PATRICK DOOLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02574-7, William C. Goodloe, J., entered November 18, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 9449-1-I.  Division One.  May 24, 1982.]

JOHN D. COLLINS, *Appellant,* v. SEATTLE-FIRST NATIONAL BANK, ET AL, *Respondents.*

JOHN D. COLLINS, *Appellant,* v. BARNETT DEVELOPMENT COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-2-01644-6, Robert C. Bibb, J., entered September 30, 1980. *Dismissed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 5234-2-II.  Division Two.  May 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD D. RUZICKA, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5749, Gerald B. Chamberlin, J., entered October 6, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.